1  MCGREGOR W. SCOTT
   United States Attorney
2  VINCENZA RABENN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 19-MJ-00102-CKD |
|---|---|
12 | Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |
13 | v. | |
14 | ARMANDO TABAREZ, | DATE: January 23, 2020 |
15 | Defendants. | TIME: 2:00 p.m. COURT: Hon. Edmund F. Brennan |

16

17      Plaintiff United States of America, by and through its attorney of record, Assistant United States

18 Attorneys VINCENZA RABENN and , and defendant ARMANDO TABAREZ, both individually and

19 by and through his counsel of record, MEGAN VIRGA, hereby stipulate as follows:

20      1.      The Complaint in this case was filed on June 27, 2019, and defendant first appeared

21 before a judicial officer of the Court in which the charges in this case were pending on July 18, 2019. A

22 preliminary hearing date in the case is currently scheduled on January 23, 2020.

23      2.      By this stipulation, the parties jointly move for an extension of time of the preliminary

24 hearing date to March 26, 2020, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d)

25 of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the

26 defense reasonable time for preparation, and for the government's continuing investigation of the case.

27 The parties further agree that the interests of justice served by granting this continuance outweigh the

28 best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

STIPULATION                                       1

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between January 23, 2020, and March 26, 2020, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: January 13, 2020         McGREGOR W. SCOTT
                                United States Attorney

                                /s/ VINCENZA RABENN
                                VINCENZA RABENN
                                Assistant United States Attorney


Dated: January 13, 2020         /s/ MEGAN VIRGA
                                MEGAN VIRGA
                                Counsel for Defendant
                                Armando Tabarez


### [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 13th day of January, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE