| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | VINCENZA RABENN<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ARMANDO CHRISTOPHER TABAREZ,<br><br>        Defendant. | CASE NO. 2:19-MJ-00102-CKD<br><br>STIPULATION TO CONTINUE HEARING; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: August 10, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Edmund F. Brennan |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for hearing on defendant's motion for bail review on August 10, 2020.

2. By this stipulation, defendant now moves to continue the hearing until August 17, 2020, and to exclude time between August 10, 2020, and August 17, 2020.

IT IS SO STIPULATED.

Dated: August 10, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ VINCENZA RABENN
VINCENZA RABENN
Assistant United States Attorney

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated: August 10, 2020                       /s/ MEGAN VIRGA
                                             MEGAN VIRGA
                                             Counsel for Defendant
                                             ARMANDO CHRISTOPHER
                                             TABAREZ

### [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 10th day of August, 2020.

                                        _____
                                        THE HONORABLE EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE